UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 09-3885 DSF (AJWx) | Date 7/30/09 |
| Title Amalgamated Bank v. EV Rental Cars, LLC, et al. | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers)     **ORDER DISCHARGING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

    The Court has received and reviewed Response of Plaintiff Amalgamated Bank to Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction. The Court finds that Plaintiff has show jurisdiction is proper. The Order to Show Cause is DISCHARGED.

    IT IS SO ORDERED.