James S. Monroe (SBN 102328)
jim@monroe-law.com
MONROE LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423

Attorneys for Plaintiff
AMALGAMATED BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED BANK, a New York banking corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>EV RENTAL CARS, LLC, a California limited liability company; JEFFREY S. PINK, aka JEFFREY PINK, an individual; LAURIE G. PINK, aka LAURIE PINK, an individual; and LARRY JONATHAN PINK, aka LARRY PINK, an individual,<br><br>        Defendants. | No. CV09-3885 DSF (AJWx)<br><br>**REQUEST TO ENTER DEFAULT OF DEFENDANT EV RENTAL CARS, LLC (F.R.C.P. 55(a))** |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Amalgamated Bank (the "<u>Bank</u>") requests that the Clerk of the above-entitled court enter default in this matter against Defendant EV Rental Cars, LLC, a California limited liability company ("<u>EV</u>"), on the ground that EV has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. The Bank served the summons and complaint on EV on June 22, 2009 by personally delivering true and correct copies thereof to Jeffrey Pink,

the person designated as its agent for service of process in the Statement of Information required to be filed with the California Secretary of State pursuant to California Corporations Code § 17060(a)(2), as evidenced by the Amended Proof of Service of Summons and Complaint on file with the Court.

The above stated facts are set forth in the accompanying Declaration of James S. Monroe, filed herewith.

Dated: October 30, 2009

MONROE LAW GROUP

BY: */s/ James S. Monroe*
    James S. Monroe
    Attorneys for Plaintiff
    AMALGAMATED BANK