James S. Monroe (SBN 102328)
jim@monroe-law.com
MONROE LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423

Attorneys for Plaintiff
AMALGAMATED BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED BANK, a New York banking corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EV RENTAL CARS, LLC, a California limited liability company; JEFFREY S. PINK, aka JEFFREY PINK, an individual; LAURIE G. PINK, aka LAURIE PINK, an individual; and LARRY JONATHAN PINK, aka LARRY PINK, an individual,<br><br>　　　　　　　　Defendants. | No. CV09-3885 DSF (AJWx)<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIMS AS BETWEEN PLAINTIFF AND DEFENDANT LARRY PINK**<br><br>*[No Hearing Required]* |

TO THE HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT JUDGE, AND INTERESTED PARTIES:

　　It is hereby stipulated and agreed between Amalgamated Bank, a New York banking corporation, plaintiff herein (the "Plaintiff"), by and through its counsel of record, and Larry Pink, an individual, a named defendant herein (the "Defendant"), that Plaintiff's complaint as against Defendant and all counterclaims asserted against

Plaintiff herein by Defendant be dismissed without prejudice in their entirety, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees incurred in this action.

DATED: July 7, 2010

MONROE LAW GROUP

By: */s/ James S. Monroe*
    James S. Monroe
    Attorneys for Plaintiff
    AMALGAMATED BANK

_____
LARRY PINK, Defendant