James S. Monroe (SBN 102328)
jim@monroe-law.com
MONROE LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423

Attorneys for Plaintiff
AMALGAMATED BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED BANK, a New York banking corporation, <br><br> Plaintiff, <br><br> v. <br><br> EV RENTAL CARS, LLC, a California limited liability company; JEFFREY S. PINK, aka JEFFREY PINK, an individual; LAURIE G. PINK, aka LAURIE PINK, an individual; and LARRY JONATHAN PINK, aka LARRY PINK, an individual, <br><br> Defendants. | No. CV09-3885 DSF (AJWx) <br><br> **STIPULATION FOR DISMISSAL OF COUNTERCLAIMS OF JEFFREY S. PINK AND LAURIE G. PINK** <br><br> *[No Hearing Required]* |

TO THE HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT JUDGE, AND INTERESTED PARTIES:

It is hereby stipulated and agreed between Amalgamated Bank, a New York banking corporation, plaintiff herein (the "Plaintiff"), by and through its counsel of record, on the one hand, and defendants Jeffrey S. Pink and Laurie G. Pink, on the other (the "Defendants"), that all counterclaims asserted herein by Defendants against Plaintiff be dismissed without prejudice in their entirety, pursuant to Rule 41(a)(1)(ii)

of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees incurred in connection therewith.

DATED: July 26, 2010

MONROE LAW GROUP

By: /s/ *James S. Monroe*
    James S. Monroe
    Attorneys for Plaintiff
    AMALGAMATED BANK

_____
JEFFREY S. PINK, Defendant

_____
LAURIE G. PINK, Defendant