# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED BANK, a New York banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>EV RENTAL CARS, LLC, a California limited liability company; JEFFREY S. PINK, aka JEFFREY PINK, an individual; LAURIE G. PINK, aka LAURIE PINK, an individual; and LARRY JONATHAN PINK, aka LARRY PINK, an individual,<br><br>Defendants. | No. CV 09-3885 DSF (AJWx)<br><br>**JUDGMENT** |

Defendant EV Rental Cars, LLC, a California limited liability company ("Defendant") having been properly served with copies of the summons and complaint in this action and having failed to answer the complaint or appear and defend this action within the time allowed by law, Defendant's default having been entered by the clerk upon plaintiff's application on November 3, 2009, the court having considered plaintiff's declarations and other evidence submitted in support of its application to enter default judgment against Defendant, and good cause appearing,

-2-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Amalgamated Bank, a New York banking corporation, recover from Defendant EV Rental Cars, LLC, a California limited liability company, the principal sum of $4,251,966.62, plus accrued and unpaid interest thereon as provided in the loan documentation through August 19, 2010 in the sum of $523,910.79 and continuing to accrue from August 20, 2010 until the entry of judgment herein at the daily rate of $944.88, plus attorneys' fees in the amount of $99,117.54.

Dated: 9/10/10    _____
  Dale S. Fischer
  United States District Judge