James S. Monroe (SBN 102328)
jim@monroe-law.com
MONROE LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423

Attorneys for Plaintiff
AMALGAMATED BANK

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED BANK, a New York banking corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>EV RENTAL CARS, LLC, a California limited liability company; JEFFREY S. PINK, aka JEFFREY PINK, an individual; LAURIE G. PINK, aka LAURIE PINK, an individual; and LARRY JONATHAN PINK, aka LARRY PINK, an individual,<br><br>                Defendants. | No. CV09-3885 DSF (AJWx)<br><br>**ORDER FOR DISMISSAL OF PLAINTIFF'S FOURTH CLAIM FOR RELIEF AGAINST DEFENDANTS JEFFREY S. PINK AND LAURIE G. PINK**<br><br>*[No Hearing Required]* |

     Plaintiff Amalgamated Bank, a New York banking corporation (the "<u>Plaintiff</u>"), on the one hand, and defendants Jeffrey S. Pink and Laurie G. Pink, on the other (the "<u>Defendants</u>"), by and through their respective attorneys of record, having filed a stipulation (the "<u>Stipulation</u>") for voluntary dismissal of Plaintiff's Fourth Claim for Relief asserted herein against Defendants in its entirety, without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its

own costs and attorney's fees incurred in connection therewith, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved and that the Fourth Claim for Relief of Plaintiff's complaint asserted herein against Defendants shall be, and hereby is, dismissed in its entirety, without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees incurred in connection therewith.

Dated: 9/18/12

Dale S. Fischer
United States District Judge